# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VICTOR GARCIA,**

                **Plaintiff,**

-vs-                                              **Case No. 6:10-cv-1063-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

## ORDER

This case is before the Court on the Commissioner of Social Security's ("Commissioner") Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) (Doc. No. 10) filed November 3, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objection (Doc. 13) and the Commissioner's response thereto (Doc. 14), the objection is overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 4, 2010 (Doc. No. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's Motion to Remand (Doc. No. 10) is **GRANTED**.

3. This case is remanded to the Commissioner pursuant to sentence six of 42 U.S.C.§ 405(g).

4. The Clerk is directed to administratively close this file until further order of the Court.

5. This Court will retain jurisdiction over the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __16__ day of December, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party