# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VICTOR GARCIA,**

        **Plaintiff,**

**-vs-**     **Case No.  6:10-cv-1063-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 31) filed November 15, 2013.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.     That the Report and Recommendation filed December 4, 2013 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.     Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 31) is **GRANTED** in part and **DENIED** in part.  The Motion is **GRANTED** to the extent that the Court awards Equal Access to Justice Act fees to Plaintiff, as the prevailing party, in the amount of $6,277.69.

3. The United States Department of the Treasury may exercise its discretion to honor Plaintiff's assignment of benefits if it determines that Plaintiff does not owe a debt to the Government.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 26th day of December, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record